IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TODD MILLER, | § | |
| | § | No. 71, 2022 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1709004320 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: April 11, 2022
Decided: May 2, 2022

## **ORDER**

It appears to the Court that, on March 24, 2022, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant, Todd Miller, to show cause why this appeal should not be dismissed for his failure to pay this Court's filing fee or a motion to proceed *in forma pauperis*. Postal records show that Miller received the notice to show cause on March 29, 2022. A timely response to the notice to show cause was due on or before April 8, 2022. To date, Miller has not responded to the notice to show cause, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice